JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRACY HENRY,<br><br>          Petitioner,<br><br>v.<br><br>HEATHER SHIRLEY, Warden,<br><br>          Respondent. | Case No. 2:23-cv-03707-CAS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: <u>May 27, 2025</u>

                                                    CHRISTINA A. SNYDER
                                                    United States District Judge